IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-MC-7-FL

| | |
|---|---|
| ANNINE JACK | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Respondent. | ) |
| | ) |

**ORDER**

This matter comes before the Court with regard to the Verified Petition filed by the Petitioner, Annine Jack, through counsel, pursuant to Rule 27 of the Federal Rules of Civil Procedure. The Petitioner seeks leave to conduct the pre-suit deposition of Ms. Jack, in order to perpetuate her testimony, and has represented that she is seriously ill, and that the Petitioner is not yet able to file her claim on the merits, due to certain exhaustion of remedy requirements under the Camp Lejeune Justice Act of 2022 (the "CLJA").

The Court finds that good cause has been shown and that the requirements have been duly met under Fed. R. Civ. P. 27. Accordingly, the Court hereby orders as follows under Fed. R. Civ. P. 27(a)(3):

1. That Petitioner's request to perpetuate testimony is allowed;

2. That the person to be deposed is Ms. Jack;

3. That the subject matter of the examination shall consist of the scope of subject matter outlined by the Petition, inclusive of all deposition topics that the Petitioner, or the Respondent, deem to be relevant for purposes of the prospective CLJA claims; and

4. That the deposition shall be taken orally and be videotaped.

IT IS SO ORDERED.

Dated: May 9, 2023

_____
HON. LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT JUDGE